■ Louis Gabowitz, Respondent, v. Louis Graeler, Appellant.— Order entered on December 2, 1959, denying defendant's motion to dismiss for lack of prosecution, unanimously reversed, on the law, on the facts, and in the exercise of discretion, with $20 costs and disbursements to appellant, and the motion granted, with $10 costs. In the exercise of a proper discretion the motion should have been granted. (Cf. *Threewitts* v. *Almanzar,* 11 A D 2d 981.) Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ Herman Rosner et al., Appellants, v. Abraham Klinger et al., Respondents.— Order entered on November 28, 1960, denying plaintiffs' motion for reconsideration of the denial of the application for a preference under subdivision 5 of rule IV of the Bronx County Supreme Court Rules, unanimously reversed, on the law and on the facts, with $20 costs and disbursements to plaintiffs-appellants, and the motion for a preference granted, with $10 costs. On this record plaintiffs have made a sufficient showing to warrant the granting of the preference. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ Gabriel Sonnino, Appellant, v. Rita Sonnino, Respondent.— Order entered on May 22, 1961, granting plaintiff temporary alimony, counsel fee and other incidental relief, unanimously modified, on the law and on the facts, by reducing the temporary alimony to $125 per week and deleting from said order the last decretal paragraph, and, as so modified, affirmed, without costs. On this record we find the award of temporary alimony to be excessive and the award of counsel fee to be ample in the circumstances without additional compensation. Settle order on notice. Motion for a stay dismissed, having become academic by virtue of the decision of this court decided herein. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ In the Matter of the City of New York, Respondent-Appellant, Acting for and on Behalf of the New York City Housing Authority, Relative to Acquiring Title to Real Property Within the Area bounded by Jackson Avenue and Other Streets, in the Borough of The Bronx, City of New York, as a Site for E. Roberts Moore Houses. Cities Service Oil Company, Appellant-Respondent.— Decree unanimously modified, on the law, and on the facts, by reducing the award made at Special Term for Damage Parcel No. 25 from $68,750 to $55,000, and, as so modified, the decree is affirmed, with costs to the City of New York against claimant-appellant-respondent. The evidence contained in the record before us does not support an allowance in excess of the amount to which the award has been reduced. Settle order on notice. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bastow, JJ.